IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOYS "R" US, INC., TOYS "R" US - DELAWARE, INC., and GEOFFREY, LLC, | : <br> : Case No. 1:11-cv-00820-JEJ <br> : |
| Plaintiffs <br> v. | : <br> : <br> : |
| SMOKES R US OF PA CORP., d/b/a SMOKES 'R US, CASH TREE CORP., d/b/a SMOKES R US, and RISHI PARIKH, | : JURY TRIAL DEMANDED <br> : <br> : <br> : FILED ELECTRONICALLY |
| Defendants | : |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel on behalf of Defendants, Smokes R Us of PA Corp., d/b/a Smokes 'R Us, Cash Tree Corp., d/b/a Smokes R Us, and Rishi Parikh, in the above-captioned case.

Respectfully Submitted,

s/ Michael McAuliffe Miller
Michael McAuliffe Miller, Esquire
PA ID No. 78507
mmiller@eckertseamans.com
Eckert Seamans Cherin & Mellott, LLC
213 Market Street, 8th Floor
Harrisburg, PA 17101
(717) 237-7174

Counsel for Defendants

Dated: May 12, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2011, a true and correct copy of the foregoing Entry of Appearance was served upon counsel by way of the Court's Electronic Filing System as follows:

Thomas B. Schmidt, III
Natalie Grill Einsig
Pepper Hamilton LLP
100 Market Street, Suite 200
P.O. Box 1181
Harrisburg, PA 17108-1181

Michael Dockterman
Jami A. Gekas
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

s/ Michael McAuliffe Miller
Michael McAuliffe Miller